UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 11-30113-RAL |
| Plaintiff, | * | |
| | * | ORDER ADOPTING |
| vs. | * | REPORT AND |
| | * | RECOMMENDATION AND |
| PATRICK BROWN THUNDER, | * | DENYING MOTION TO |
| | * | SUPPRESS STATEMENTS |
| Defendant. | * | |

Patrick Brown Thunder filed Defendant's Motion to Suppress Statements, Doc. 58, which this Court referred to United States Magistrate Judge Mark A. Moreno. Judge Moreno conducted an evidentiary hearing and issued a Report and Recommendation Concerning the Motion to Suppress Statements, Doc. 134, recommending that Defendant's Motion to Suppress Statements be denied in its entirety. Defendant has not filed objections to the Report and Recommendation and the time to object has passed. See 28 U.S.C. § 636(b)(1). This Court has reviewed the Report and Recommendation, considered the underlying record, and agrees with how Judge Moreno addressed issues in Defendant's Motion to Suppress Statements. Accordingly, it is hereby

ORDERED that the Report and Recommendation of Magistrate Judge Mark A. Moreno, Doc. 134, is adopted. It is further

ORDERED that Defendant's Motion to Suppress Statements and Evidence. Doc. 58, is denied.

Dated November 16, 2012.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE